Kathryn J. Halford (CA Bar No.68141)
Email: khalford@wkclegal.com
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030 ext. 331
Fax: (818) 501-5306

Attorneys for Plaintiffs Trustees of the Teamsters
Miscellaneous Security Trust Fund, in their capacity as fiduciaries for the
Teamsters Miscellaneous Security Trust Fund.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND, in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>RUSTY'S DUST & TOWEL INC., a California corporation, aka HAWK INDUSTRIAL TOWEL & UNIFORM SERVICE; RALPH HAWKINS III, aka RALPH HAWKINS, aka RUSTY HAWKINS; SILVERBALL, INC., a California corporation; MARGARET HAWKINS, an individual; IMAGE APPAREL, a fictitious business name of Ralph Hawkins III, Margaret Hawkins, and/or Silverball, Inc.,<br><br>Defendants. | Case No. 06-cv-8266 GAF (FMOx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

///

///

RENEWAL OF JUDGMENT BY CLERK - 1

The Judgment Debtor, RUSTY'S DUST & TOWEL INC., a California corporation, aka HAWK INDUSTRIAL TOWEL & UNIFORM SERVICE; RALPH HAWKINS III, aka RALPH HAWKINS, aka RUSTY HAWKINS; SILVERBALL, INC., a California corporation; MARGARET HAWKINS, an individual; IMAGE APPAREL, a fictitious business name of Ralph Hawkins III, Margaret Hawkins, and/or Silverball, Inc., having judgment entered against them on July 9, 2008:

Now, upon the application of the Judgment Creditor, TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND, in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant be renewed in the amount of $378,775.30 which is broken down as follows:

| | | |
|---|---|---|
| a. | Amount of judgment: | $369,331.78 |
| b. | Attorney's Fees | $10,986.63 |
| c. | Costs | $874.71 |
| d. | Total Amount of judgment: | $381,193.12 |
| e. | Credits after judgment: | -$81,000.00 |
| f. | Interest after judgment: | $78,582.18 |
| g. | Fee for filing renewal application: | $-0- |
| h. | Total Renewed Judgment: | $378,775.30 |

Dated: August 3, 2017        KIRY K. GRAY, Clerk of Court

s/ J. Remigio
Deputy Clerk